CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 1 2009

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JORGE RIVERA, | ) |
|     Plaintiff, | ) Civil Action No. 7:09-cv-00312 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| WARDEN TERRY O'BRIEN, | ) By: Samuel G. Wilson |
|     Defendant. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Rivera's petition is **CONSTRUED** as an action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971); this action shall be and hereby is **DISMISSED** without prejudice; his motion to proceed in forma pauperis (docket no. 2) is **DENIED as MOOT**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 21st day of August, 2009.

_____
United States District Judge